"As stated, I am refusing all of the bills on the broad ground that no exception was taken to any proceedings during the trial, and therefore there can be no bills of exception. * * *"

 Authorities are too numerous to need reference thereto that matters which are sought to be made the subject of complaint upon appeal must be preserved by bill of exception showing objection at the time of the occurrence. Any other rule would be unfair to the trial judge, and would deprive him of any opportunity to rule upon the question, and thereby avoid or correct the thing sought to be complained of. In no other way can orderly judicial procedure be maintained.

The motion for rehearing is overruled.

**SMITH v. STATE.**

No. 23867.

Court of Criminal Appeals of Texas.

Jan. 7, 1948.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was found guilty of murder without malice, and his punishment assessed at three years in the penitentiary.

The indictment is in proper form and the proceedings otherwise appear regular. No statement of facts or bills of exception are brought forward. In such condition of the record nothing is presented for review.

The judgment is affirmed.